**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STEPHEN C. GREGORY,**

    **Plaintiff,**

**v.**     **Case No. 3:10cv241/MCR/CJK**

**HON. DAVID MORGAN, in his
official capacity as Sheriff of
Escambia County, Florida; and
CHRISTIAN A. COAD, individually
and in his capacity as an Escambia
County Sheriff's Deputy,**

    **Defendants.**
_____/

**O R D E R**

On April 22, 2011, this court issued an order (doc. 23) directing the parties to file a status report regarding the completion of court-ordered mediation and, in the event the parties had not yet mediated, to show cause why sanctions should not be imposed against both counsel, including possible dismissal of the action without prejudice.  Although the defendant responded, indicating that the parties had not mediated the case, the plaintiff did not.  The court thus entered an order on May 3, 2011, directing the plaintiff to show cause within five days why the action should not be dismissed for failure to comply with an order of the court and advising the plaintiff that failure to do so would result in the dismissal of the action (doc. 25).  Once again, the plaintiff has not responded, much less responded timely.  Accordingly, it is hereby ORDERED that this cause of action is dismissed without


prejudice for the plaintiff's failure to comply with a court order. The clerk shall enter judgment accordingly.

**DONE AND ORDERED** this 11th day of May, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:10cv241/MCR/CJK